**No. 47317.**—Petition 6292–R of Jordan Marsh Co. (Boston).

Opinion by TILSON, J. The record showed that in entering merchandise at a value less than that returned upon final appraisement, the petitioner herein was honest in all his dealings with the Government officials. As there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case the petition was granted.

DALLINGER, J., concurred in the conclusion.

JUNE 17, 1942

**No. 47318.**— ——Protest 44266–K of Henry Seligman. C. D. 617. Motion of Government for rehearing granted.

**No. 47319.**— ——Protest 956034–G of Oviatt Importing Co. C. D. 620. Plaintiff's application for rehearing granted.